# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONY KET,<br><br>                                     Plaintiff,<br><br>v.<br><br>CORECIVIC, INC. aka<br>CORRECTIONS CORPORATION<br>OF AMERICA,  a Maryland<br>Corporation, et al.,<br><br>                                     Defendants. | Case No.:  17cv1140-GPC-MDD<br><br>**SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

Pursuant to Rule 16.1(d) of the Local Rules, a Case Management Conference was held on **August 22, 2017**.  After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

1.      Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by **September 28, 2017**.

2.      All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **December 14, 2017**.  Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be

17cv1140-GPC-MDD

disclosed on or before **January 19, 2018**.  Unless otherwise stipulated by the parties, the required expert disclosures shall include an expert report as required by Rule 26(a)(2)(B).  If a written report is not required, the disclosure must provide the information required under Rule 26(a)(2)(C).

3.    All discovery, including expert discovery, shall be completed by all parties on or before **February 20, 2018**.  Completed means that interrogatories, requests for production, and other discovery requests must be served at least thirty (30) days prior to the established cutoff date so that responses thereto will be due on or before the cutoff date.  All subpoenas issued for discovery must be returnable on or before the discovery cutoff date.  All disputes concerning discovery shall be brought to the attention of the Magistrate Judge no later than thirty (30) days following the date upon which the event giving rise to the dispute occurred.  The parties are required to meet and confer regarding all discovery disputes pursuant to the requirements of Local Rule 26.1(a).  The parties are to comply with the chambers rules of the Magistrate Judge in bringing discovery before the court.

4.    All other pretrial motions, including those addressing Daubert issues related to dispositive motions must be filed by **March 20, 2018**.  Pursuant to Honorable Gonzalo P. Curiel's Civil Pretrial & Trial Procedures, all motions for summary judgment shall be accompanied by a separate statement of undisputed material facts.  Any opposition to a summary judgment motion shall include a response to the separate statement of undisputed material facts.  Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.  Motion papers MUST be filed and served the same day of obtaining a motion hearing date from chambers. A briefing schedule will be issued once a motion

has been filed.  The period of time between the date you request a motion date and the hearing date may vary.  Please plan accordingly.  Failure to make a timely request for a motion date may result in the motion not being heard.

5.     A Mandatory Settlement Conference shall be conducted on **March 7, 2018** at **9:30am** in the chambers of Magistrate Judge Mitchell D. Dembin. Counsel or any party representing himself or herself shall lodge confidential settlement briefs directly to chambers by **February 28, 2018**.  All parties are ordered to read and to fully comply with the Chamber Rules of the assigned magistrate judge.

6.     Pursuant to Honorable Gonzalo P. Curiel's Civil Pretrial & Trial Procedures, the parties are excused from the requirement of Local Rule 16.1(f)(2)(a); no Memoranda of Law or Contentions of Fact are to be filed.

7.     Counsel shall comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **June 1, 2018**.  Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

8.     Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by **June 8, 2018**.  At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment.  The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c).  Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3).  Counsel shall cooperate in the preparation of the proposed pretrial conference order.

9.     Counsel for plaintiff will be responsible for preparing the pretrial

order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f).  By **June 15, 2018**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval.  Opposing counsel must communicate promptly with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

10.   The Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **June 22, 2018**, and shall be in the form prescribed in and comply with Local Rule 16.1(f)(6).

11.   The final Pretrial Conference is scheduled on the calendar of the **Honorable Gonzalo P. Curiel** on **June 29, 2018** at **1:30pm**.  The Court will set a trial date during the pretrial conference.  The Court will also schedule a motion in limine hearing date during the pretrial conference.

12.   The parties must review the chambers' rules for the assigned district judge and magistrate judge.

13.   A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

14.   The dates and times set forth herein will not be modified except for good cause shown.

15.   Briefs or memoranda in support of or in opposition to all motions noticed for the same motion day shall not exceed twenty-five (25) pages in length, per party, without leave of the judge who will hear the motion.  No reply memorandum shall exceed ten (10) pages without leave of a district court judge.  Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

17cv1140-GPC-MDD

16.   Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated:   August 22, 2017

Hon. Mitchell D. Dembin
United States Magistrate Judge

17cv1140-GPC-MDD