# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

LEONEY KET,

          Plaintiff,

   v.

CORECIVIC, INC.

          Defendant.

CASE NO.: 17-cv-1140-GPC-MDD

**ORDER GRANTING MOTION TO WITHDRAW ADAM T. BELSEYAS COUNSEL OF RECORD FOR PLAINTIFF**

(ECF. No. 14)

Presently before the court is Plaintiff's Motion to Withdraw Adam T. Belsey as counsel of record for Plaintiff ("Withdrawal Mot.") (ECF No. 14) Plaintiff indicates Mr. Belsey is no longer associated with the Law Offices of Ronald A. Marron, and that Plaintiff will not suffer prejudice due to his withdrawal because Plaintiff will continue to be represented by the other attorneys of record. Good cause appearing, the Court **GRANTS** Plaintiff's Withdrawal Motion. The clerk **SHALL** update the docket to reflect the withdrawal of Adam T. Belsey.

**IT IS SO ORDERED.**

Dated:  August 28, 2017

Hon. Gonzalo P. Curiel
United States District Judge

1