# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

LEONY KET,

        Plaintiff

  v.

CORECIVIC, INC.

        Defendant.

CASE NO. 3:17-cv-01140-GPC-MDD

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

1

*Ket v. CoreCivic, Inc.* No. 17-CV-01140 GPC MDD
ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation for Dismissal of Action with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown, the Parties' Joint Stipulation is hereby **GRANTED**. Accordingly, the Clerk is instructed to dismiss this action with prejudice.  Each Party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  March 6, 2018

Hon. Gonzalo P. Curiel
United States District Judge

*Ket v. CoreCivic, Inc.* No. 17-CV-01140 GPC MDD
ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE